**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7619**

LANCE RICHARDSON PAGAN,

      Plaintiff - Appellant,

    v.

FEDERAL BUREAU OF INVESTIGATION; STEVEN R. KAUFMAN, Assistant
United States Attorney; RENAE ALT SUMMERS, Defense Attorney for Guiese
Law Firm; ROBERT J. CONRAD, JR., Judge,

      Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte. Martin K. Reidinger, Chief District Judge. (3:20-cv-00414-MR)

Submitted: March 29, 2022                    Decided: March 31, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lance Richardson Pagan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Richardson Pagan appeals the district court's order dismissing his civil action under 28 U.S.C. §§ 1915A, 1915(e)(2) as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), barred by the statute of limitations and thus failing to state a claim on which relief could be granted, and because Defendants Conrad and Kaufman are immune from suit. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Pagan's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*